CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDY J. OXENRIDER  QP3860
**Full Name of Plaintiff**      **Inmate Number**

1 : **CV-23-0942**

Civil No. _____

(to be filled in by the Clerk's Office)

v.

TROOP L. Schuylkill HAVEN

PENNSYLVANIA STATE POLICE
**Name of Defendant 1**

(✓) Demand for Jury Trial

(  ) No Jury Trial Demand

TROOPER BRADLEY TYMCHYSHYN
**Name of Defendant 2**

THOMAS LEIB
JOHN DOE SERGEANT/commissioner/supervisor
**Name of Defendant 3**

COUNTY OF SCHUYLKILL DISTRICT ATTORNEYS
**Name of Defendant 4**

**FILED
SCRANTON**

JUN 08 2023

PER _____
DEPUTY CLERK

MICHAEL A. O'PAKE
**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section). SEE NEXT PAGE FOR ADDITIONAL
DEFENDANT.

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
(1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDY J. OXENRIDER
_____
**Full Name of Plaintiff      Inmate Number**

v.

SHELBY G. HOSTETTER
_____
**Name of Defendant 1** 6

_____
**Name of Defendant 2**

_____
**Name of Defendant 3**

_____
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants.  If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

:
:
:
:   Civil No. _____
:   (to be filled in by the Clerk's Office)
:
:   (✓) Demand for Jury Trial
:   (__) No Jury Trial Demand
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known. *SEE EXIBIT (A) COMPLAINT*

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
       (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
       United States

## II.     ADDRESSES AND INFORMATION

### A.     PLAINTIFF

*OXENRIDER  ANDY  J.*
Name (Last, First, MI)

*RP3860*
Inmate Number

*SCI HOUTZDALE*
Place of Confinement

*209 INSTITUTION DRIVE  P.O. BOX 1000*
Address

*HOUTZDALE  PA.  16698*
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___     Pretrial detainee

___     Civilly committed detainee

___     Immigration detainee

**X**     Convicted and sentenced state prisoner

___     Convicted and sentenced federal prisoner

### B.     DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

*PENNSYLVANIA STATE POLICE TROOP L, SCHUYLKILL HAVEN*
Name (Last, First)

*STATE POLICE PENNSYLVANIA  TROOP L, SCHUYLKILL HAVEN.*
Current Job Title

*1020 S. ROUTE 183, SCHUYLKILL HAVEN*
Current Work Address

*SCHUYLKILL HAVEN PENNSYLVANIA  17972*
City, County, State, Zip Code

Defendant 2:

TYMCHYSHYN BRADLEY

Name (Last, First)

PENNSYLVANIA STATE POLICE TROOPER  SCHUYLKILL HAVEN

Current Job Title

1070 S. ROUTE 183

Current Work Address

SCHUYLKILL HAVEN  PENNSYLVANIA  17972

City, County, State, Zip Code


Defendant 3:

LEIB , THOMAS / JOHN DOE

Name (Last, First)

SERGEANT, COMMISSIONER, SUPERVISOR    PA STATE POLICE
                                       TROOP L, SCHUYLKILL HAVEN

Current Job Title

1070 S. ROUTE 183

Current Work Address

SCHUYLKILL HAVEN PENNSYLVANIA, 17972

City, County, State, Zip Code


Defendant 4:

COUNTY OF SCHUYLKILL

Name (Last, First)

DISTRICT ATTORNEY'S OFFICE,

Current Job Title

401 NORTH 2ND STREET

Current Work Address

POTTSVILLE PENNSYLVANIA 17901

City, County, State, Zip Code


Defendant 5:

~~ASSISTANT~~ O'PAKE MICHAEL

Name (Last, First)

DISTRICT ATTORNEY SCHUYLKILL COUNTY

Current Job Title

401 NORTH 2ND STREET

Current Work Address

POTTSVILLE PENNSYLVANIA 17901

City, County, State, Zip Code

Defendant 3 *6*

HOSTETTER   SHELBY
_____
Name (Last, First)

ASSISTANT DISTRICT ATTORNEY   SCHUYLKILL COUNTY
_____
Current Job Title

401 NORTH 2ND STREET
_____
Current Work Address

POTTSVILLE  PENNSYLVANIA  17901
_____
City, County, State, Zip Code


Defendant 3

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 4

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 5

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

III.   **STATEMENT OF FACTS**   SEE ALSO EXHIBIT (A) COMPLAINT.

State only the facts of your claim below. Include all the facts you consider important. Attach additional
pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

ON OR ABOUT OCTOBER 9, 2019 PLAINTIFF ANDY OXENRIDER WAS ARRESTED BY
REPRESENTATIVES OF THE DEFENDANT STATE POLICE IN SCHUYLKILL COUNTY PA,
AND WAS CHARGED WITH POSSESSION OF A CONTROLLED SUBSTANCE, A CRIME HE DID NOT
COMMIT, PLAINTIFF WAS INCARCERATED IN SCHUYLKILL COUNTY PRISON.S
SEE EXHIBIT (A) 19-47 PLAINTIFF SPENT APPOXIMITELY A TOTAL OF **333** DAYS INCARCERATION

B.   On what date did the events giving rise to your claim(s) occur?

ON MARCH 2, 2023 THE CHARGE/CASE WAS DISSMISSED UPON ORDER
OF COURT BY PRESIDENT JUDGE JAQLYN RUSSEL IN THE Schuylkill County
Court Of Common PLEAS.

C.   What are the facts underlying your claim(s)? (For example: What happened to you?
Who did what?) ALSO SEE EXHIBIT (A) COMPLAINT.

AFTER THE AFORMENTIONED ARREST OF PLAINTIFF ANDY OXENRIDER DEFENDANT
TROOPER BRADLEY TYMCHYSHYN MALICIOUSLY AND WITHOUT PROBABLE CAUSE,
WENT BEFORE SERGEANT Commissioner JOHN Doe THOMAS LEIB, OF THE TROOP
L. SCHUYLKILL HAVEN PA, STATE POLICE DEPARTMENT AND DISTRICT MAGISTRATE
21-3-04 DAVID J. ROSSI, A PERSON DULY AUTHORIZED TO ADMINISTER OATHS,
CHARGED PLAINTIFF OXENRIDER FOR A CRIME HE DID NOT COMMIT, WHILE
DEFENDANTS SHELBY G. HOSTETTER ASSISTANT DISTRICT ATTORNEY AND
MICHAEL A. O'PAKE DISTRICT ATTORNEY OF SCHUYLKILL COUNTY DISTRICT
ATTORNEY'S OFFICE, THERE UPON PROCEEDED TO CAUSE, ALLOW AND PERMIT
THE DESCRIBED PROCESS TO BE ISSUED AND THEREAFTER FILED AGAINST PLAINTIFF
AT THE SCHUYLKILL COUNTY COURT OF Common PLEAS, DEFENDANTS ACTED WILFULLY
KNOWINGLY, AND PURPOSFULLY WITH THE SPECIFICT INTENT TO DEPRIVE PLAINTIFF
OXENRIDER OF HIS RIGHT TO FREEDOM FROM ILLEGAL SEIZURE OF HIS PERSON
FREEDOM FROM UNLAWFULL ARREST WITHOUT EVIDENCE IN SUPORT THEREOF
AND FREEDOM FROM ILLEGAL DETENTION AND IMPRISONMENT, CONSTITUTING
SLANDER AND DEFAMATION OF PLAINTIFFS CARRACTER, INVASION OF PRIVACY
FALSE ARREST AND EMPRISONMENT MALICIOUS PROSECUTION, ABUSE OF PROCESS
PRIMA FACIA TORT, NEGLIGENCE AND GROSS NEGLIGENCE.

IV.    LEGAL CLAIM(S) *SEE ALSO APENDIX (A)* #1, #2

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

THE ACTS OF THE DEFENDANTS HEREIN INCLUDING BUT NOT LIMITED TO COUNTY AND STATE SUED AS A PERSON, WERE DONE WITH THE PURPOSE AND INTENT OF DEPRIVING PLAINTIFF OF RIGHTS TO BE FREE FROM UNREASONABLE SEIZURE SECURED TO HIM BY THE UNITED STATES CONSTITUTION, INCLUDING BUT NOT LIMITED TO, HIS FIRST AMENDMENT RIGHT TO FREEDOM OF EXPRESSION, (2) HIS FOURTH AMENDMENT RIGHT TO BE FREE FROM UNLAWFULL SEIZURE OF HIS PERSON (3) HIS FIFTH AND FOURTEENTH AMENDMENT RIGHTS TO DUE PROCESS OF LAW, INCLUDING HIS RIGHT TO BE FREE FROM UNJUSTIFIED CRIMINAL PROSECUTION BY POLICE AND PROSECUTERS AND LACK OF PROBABLE CAUSE TO ARREST AND HIS EIGHTH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, , , THE ACTS CONSTITUTE, SLANDER, DEFAMATION OF CHARACTER, INVASION OF PRIVACY, FALSE ARREST FALSE IMPRISONMENT, MALICIOUS PROSECUTION, ABUSE OF PROCESS, PRIMA FACIA TORT, CONSPIRACY TORT NEGLEGENCE, AND GROSS NEGLEGENCE UNDER THE LAWS OF PENNSYLVANIA, THIS COURT HAS PENDANT JURISDICTION TO HEAR AND ADJUDICATE THEIR CLAIMS.

V.    INJURY
ALSO SEE APENDIX (A) 45,

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

AS A RESULT PLAINTIFF HAS SUFFERED FROM PSYCHOLOGICAL HARM, MENTAL DISTRESS, EMBARRASSMENT, DEFIMATION OF HIS CARACTER AND REPUTATION, UNDERWENT EXTREEM SHOCK AND NERVOUSNESS, UNDERWENT PSYHOLOGICAL TREATMENT, PSYCHIATRIC CARE AND LOST GREAT SUMS OF MONEY AND WILL CONTINUE TO LOOSE GREAT SUMS

VI.    RELIEF OF MONEY BY REASON OF HIS INCARCERATION. HE WAS PREVENTED FROM ATTENDING HIS USUAL DUTIES, AND HELD TO PUBLIC SCERN.

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

1. AWARD PLAINTIFF OFFENRIDER COMPENSATORY DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL AGAINST ALL DEFENDANTS, BUT NOT LESS THAN THE AMOUNT OF $150,000.00 JOINTLY AND SEVERALLY AGAINST DEFENDANTS FOR MATTERS ALLEGED IN THIS COMPLAINT SEE ALSO APENDIX (A) RELIEF REQUESTED.
PG 17-18

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

MAY 30, 2023
_____
Date

IN THE UNITED STATES COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDY J. OXENRIDER                    |   CIVIL NO.
       PLAINTIFF                    |
      VS.                                |
                          |   DEMAND FOR TRIAL
PENNSYLVANIA STATE POLICE            |
TROOP L, SCHUYLKILL HAVEN            |
TPR. BRADLEY TYMCHYSHYN              |
JOHN DOE / THOMAS LEIB               |
SCHYULKILL COUNTY DISTRICT ATTORNEY  |
MICHAEL A O'PAKE                     |
SHELBY G. HOSTETTER                  |

EXHIBIT (B) PG 1 OF 19

## INTRODUCTORY STATEMENT

1. THIS IS AN ACTION FOR DAMAGES SUSTAINED BY A CITIZEN
OF THE UNITED STATES, AGAINST POLICE OFFICERS OF THE
PENNSYLVANIA STATE POLICE DEPARTMENT TROOP L, SCHUYLKILL
HAVEN AND SCHUYLKILL COUNTY DISTRICT ATTORNEYS WHO
UNLAWFULY ARRESTED, FALSELY IMPRISONED, MALICIOUSLY
PROCECUTED AND HARRASSED HIM, AGAINST POLICE COMMISSIONER
AND DISTRICT ATTORNEYS AS SUPERVISORY OFFICERS RESPONSIBLE
FOR THE CONDUCT OF THE DEFENDANTS AND FOR FAILURE TO TAKE
CORRECTIVE ACTION WITH RESPECT TO POLICE AND PROSECUTER PERSONEL,

TO ASSURE PROPER TRAINING AND SUPERVISION OF THE PERSONELL,
OR TO IMPLEMENT MEANINGFULL PROCEEDURES TO DISCOURAGE LAWLESS
OFFICIAL CONDUCT AND AGAINST THE COUNTY OF SCHUYLKILL AND
STATE OF PENNSYLVANIA AS THE EMPLOYERS OF THE DISTRICT
ATTORNEYS AND OF THE POLICE PERSONEL, WHICH IS SUED
AS A PERSON UNDER 42 U.S.C. 1983

## COMPLAINT

2. THIS IS AN ACTION OF LAW A CIVIL ACTION AUTHORIZED BY
42. U.S.C SECTION 1983 TO REDRESS THE DEPREVATION UNDER
THE COLOR OF STATE LAW, STATUE, CUSTOM OR USAGE OF RIGHT
PRIVILEGE AND IMUNITY SECURED TO PLAINTIFF ANDY OXENRIDER
BY THE 4TH, 5TH, 8TH, AND 14 AMENDMENT TO THE UNITED
STATES CONSTITUTION AND ARISING UNDER THE LAWS AND
STATUTES OF THE STATE OF PENNSYLVANIA

## JURISDICTION

3. THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C 1983
AND 1988 AND THE FIRST, FOURTH, FIFTH, EIGHTH AND
FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

4. THE JURISDICTION OF THIS COURT IS INVOKED UNDER
28 U.S.C. 1343 (3) AND (4) AND 1331.

EXHIBIT (B) Pg. 2 of 19

## PARTIES

5. DURING ALL TIMES MENTIONED IN THIS COMPLAINT,
PLAINTIFF ANDY OXENRIDER WAS AND STILL IS A CITIZEN
OF THE UNITED STATES AND RESIDED AT 319 NORTH STREET
WILLIAMSTOWN PENNSYLVANIA 17098, PLAINTIFF ANDY OXENRIDER
IS PRESENTLY INCARCERATED IN THE PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, SCI HOUTZDALE P.O. BOX 1000 209 INSTITUTION
DRIVE HOUTZDALE PA. 16698.

6. AT ALL TIMES HEREIN MENTIONED BRADLEY TYMCHYSHYN
WAS A TROOPER WITH THE PENNSYLVANIA STATE POLICE,
DEFENDANT JOHN DOE WAS SERGEANT, COMMISSIONER, SUPERVISOR
WITH THE PENNSYLVANIA STATE POLICE TROOP L, SCHUYLKILL HAVEN,

7. AT ALL TIMES MENTIONED HEREIN DEFENDANT MICHAEL A. O'PAKE,
WAS DULY ELECTED AND PRESENTLY ACTING DISTRICT ATTORNEY
OF SCHUYLKILL COUNTY PENNSYLVANIA AND SHELBY G. HOSTETTER
WAS DULY SPECIALLY APPOINTED AND PRESENTLY ACTING ASSISTANT
DISTRICT ATTORNEY OF SCHUYLKILL COUNTY PENNSYLVANIA, AND
BOTH WERE ACTING UNDER THE COLOR OF STATUTES AND
ORDINANCES OF THE STATE OF PENNSYLVANIA.

EXHIBIT (A) PG 3 OF 19

8. AT ALL TIMES RELEVENT HERETO DEFENDANT BRADLEY TYMCHYSHYN WAS A POLICE OFFICER EMPLOYED BY THE PENNSYLVANIA STATE POLICE DEPARTMENT TO PERFORM DUTIES IN THE STATE OF PENNSYLVANIA AND WAS ASSIGNED TO THE TROOP L. SCHUYLKILL HAVEN BARRACKS PATROLE UNIT, AT ALL TIMES RELLEVENT HE WAS ACTING IN SUCH CAPACITY AS THE AGENT SERVANT AND EMPLOYEE OF THE DEFENDANT STATE OF PENNSYLVANIA, HE IS SUED INDIVISUALLY AND IN HIS OFFICIAL CAPACITY.

9. AT ALL RELEVANT TIMES HERETO DEFENDANT JOHN DOE WAS THE DULY APPOINTED COMMISSIONER, SARGEANT, SUPERVISOR OF THE PENNSYLVANIA STATE POLICE DEPARTMENT TROOP L. SCHUYLKILL HAVEN STATION AS SUCH HE WAS THE COMMANDING OFFICER OF DEFENDANT TROOPER BRADLEY TYMCHYSHYN AND WAS RESPONSIBLE FOR THEIR TRAINING, SUPERVISION AND CONDUCT, HE WAS ALSO RESPONSIBLE BY LAW FOR ENFORCING THE REGULATIONS OF THE STATE POLICE TROOP L. SCHUYLKILL HAVEN POLICE DEPARTMENT AND FOR ENSURING THAT STATE POLICE PERSONEL OBEY THE LAWS OF THE STATE OF PENNSYLVANIA AND OF THE UNITED STATES. AT ALL RELEVANT TIMES HE WAS ACTING IN SUCH CAPACITY AS THE AGENT, SERVANT AND EMPLOYEE OF THE DEFENDANT STATE OF PENNSYLVANIA, HE IS SUED INDIVISUALLY AND IN HIS OFFICIAL CAPACITY.

EXHIBIT (A) Pg 4 of 19

10. DEFENDANT SHELBY G. HOSTETTER WAS AN ASSISTANT DISTRICT ATTORNEY SCHUYLKILL COUNTY EMPLOYED BY THE SCHUYLKILL COUNTY DISTRICT ATTORNEYS OFFICE TO PERFORM DUTIES IN THE COUNTY OF SCHUYLKILL AND WAS ASSIGNED AS ASSISTANT DISTRICT ATTORNEY. AT ALL TIMES SHE WAS ACTING IN SUCH CAPACITY AS THE AGENT, SERVANT AND EMPLOYEE OF THE DEFENDANT COUNTY OF SCHUYLKILL. SHE IS SUED INDIVIDUALLY AND IN HER OFFICIAL CAPACITY.

11. DEFENDANT MICHAEL A. O'PAKE WAS APPOINTED DISTRICT ATTORNEY OF THE SCHUYLKILL COUNTY DISTRICT ATTORNEY DEPARTMENT AS SUCH HE WAS THE SUPERVISORY COMMANDING DISTRICT ATTORNEY OF DEFENDANT ASSISTANT DISTRICT ATTORNEY SHELBY G. HOSTETTER AND WAS RESPONSABLE FOR HER TRAINING, SUPERVISION, AND CONDUCT. SHE WAS ALSO RESPONSABLE BY LAW FOR ENFORCING THE REGULATIONS OF THE SCHUYLKILL COUNTY DISTRICT ATTORNEY DEPARTMENT AND FOR ENSURING THAT SCHUYLKILL COUNTY DISTRICT ATTORNEY PERSONEL OBEY THE LAWS OF THE STATE OF PENNSYLVANIA AND OF THE UNITED STATETES. AT ALL RELEVANT TIMES HE WAS ACTING IN SUCH CAPACITY AS THE AGENT, SERVANT AND EMPLOYEE OF THE DEFENDANT COUNTY OF SCHUYLKILL. HE IS SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY.

EXHIBIT (A) Pg 5 of 19

12. THE DEFENDANT STATE OF PENNSYLVANIA IS A STATE CORPARATION WITHIN THE UNITED STATES OF AMERICA AND AT ALL TIMES IT EMPLOYED DEFENDANTS TROOPER BRADLEY TYMCHYSHYN AND SARGEANT, SUPERVISER, COMMISSIONER JOHN DOE.

13. DEFENDANT COUNTY OF SCHUYLKILL IS A MUNICIPAL CORPARATION WITHIN THE STATE OF PENNSYLVANIA AND AT ALL TIMES RELEVANT IT EMPLOYED DEFENDANTS SHELBY G. HOSTETTER AND MICHAEL A O'PAKE.

EXHIBIT (A) Pg 6 of 19

14. AT ALL TIMES RELEVANT HERETO AND IN ALL THERE ACTIONS DESCRIBED HEREIN, DEFENDANTS BRADLEY TYMCHYSHYN AND JOHN DOE WERE ACTING UNDER COLOR OF LAW PURSUANT TO THEIR AUTHORITY AS POLICE PERSONEL.

15. IN ALL THEIR ACTIONS DESCRIBED HEREIN DEFENDANTS SHELBY G. HOSTETTER AND MICHAEL A. O'PAKE WERE ACTING UNDER COLOR OF LAW AND PURSUANT TO THEIR AUTHORITY AS DISTRICT ATTORNEY PERSONEL.

16. DURING ALL TIMES MENTIONED HEREIN, THE DEFENDANTS AND EACH OF THEM, SEPARATELY AND IN CONCERT ACTED UNDER COLOR AND PRETENSE OF LAW, TO WIT, UNDER COLOR OF THE STATUTES, CUSTOMS, AND USAGES OF THE STATE OF PENNSYLVANIA.

EACH OF THE DEFENDANTS HERE, SEPARATELY AND IN CONCERT
ENGAGED IN THE ILLEGAL CONDUCT HERE MENTIONED TO THE
INJURY OF PLAINTIFF ANDY OXENRIDER AND DEPRIVED PLAINTIFF
ANDY OXENRIDER OF THE RIGHTS, PRIVILEGES AND IMMUNITIES
SECURED TO PLAINTIFF ANDY OXENRIDER BY THE 4TH, 5TH,
8TH AND FOURTEENTH AMENDMENT TO THE CONSTITUTION OF
THE UNITED STATES AND LAWS OF THE UNITED STATES.

EXHIBIT (A) Pg 7 OF 19

## FACTUAL ALLEGATIONS

17. ON OR ABOUT OCTOBER 9, 2019 PLAINTIFF ANDY OXENRIDER
WAS ARRESTED BY DEFENDANT PENNSYLVANIA STATE TROOPER
BRADLEY TYMCHYSHYN AND CHARGED WITH POSSESSION OF
A CONTROLLED SUBSTANCE IN WHICH THERE WHERE NO POSITIVE
TESTS OBTAINED PERTAINING TO THE ALLEGED CONTROLLED SUBSTANCE.

18. PLAINTIFF ANDY OXENRIDER WAS EVENTUALLY COMMITTED TO
THE SCHUYLKILL COUNTY PRISON ON NUMEROUS WARRENTS ON
SAID CHARGE WHERE HE WAS INCARCERATED FOR APROXIMATELY
333 DAYS.

19. PLAINTIFF OXENRIDER, BELIEVES AND ON SUCH BELIEF ALLEGES,
THAT HIS ARREST WAS ORDERED AND DIRECTED BY
DEFENDANT TROOPER BRADLEY TYMCHYSHYN.

20. PLAINTIFF ALLEGES, THAT HIS ARREST WAS ORDERED AND DIRECTED BY DEFENDANT TROOPER BRADLEY TYMCHYSHYN

21. PLAINTIFF, ALLEGES THAT HIS ARREST WAS APPROVED BY DEFENDANT JOHN DOE.

22. PLAINTIFF ANDY OXENRIDER, ALLEGES THAT HIS ARREST AND PROSECUTION WAS APPROVED BY DEFENDANTS SHELBY G. HOSTETTER AND MICHAEL A. O'PAKE OR IN THE ALTERNATIVE, THAT HIS ARREST WAS RATIFIED BY DEFENDANT SHELBY G. HOSTETTER AND MICHAEL A. O'PAKE AS PART OF DEFENDANT'S INVESTIGATION AND PROSECUTION OF THE CRIME.

23. ON OR ABOUT OCTOBER 15, 2019 DEFENDANT TROOPER BRADLEY TYMCHYSHYN MALICIOUSLY AND WITHOUT PROBABLE CAUSE WENT BEFORE DAVID J. ROSSI MAGISTRATE AND CHARGED PLAINTIFF ANDY OXENRIDER WITH HAVING COMMITTED A CRIME. DEFENDANT TROOPER BRADLEY TYMCHYSHYN CAUSED A WARRANT TO BE ISSUED FOR THE ARREST OF PLAINTIFF ANDY OXENRIDER KNOWING THAT THEY COULD NOT GET A POSSITIVE READING OF THE SUSPECTED CONTROLLED SUBSTANCE.

24. PLAINTIFF WAS ARRESTED UNDER THIS WARRENT AND WAS TAKEN TO THE SCHUYLKILL COUNTY PRISON, PLAINTIFF WAS IMPRISONED FOR AN APROXIMATE TOTAL OF ___333___ DAYS THEN HELD ON BAIL Sum of 5.000

EXHIBIT (B) Pg 8 of 19

EXHIBIT (A) Pg 9 of 19

25 ON MARCH 2, 2023 THE CASE WAS DISMISSED ACTION NUMBER CP-54-CR-2120-2019 UPON ORDER OF COURT BY SCHUYLKILL COUNTY PRESIDENT JUDGE JACLYN RUSSELL IN THE SCHUYLKILL COUNTY COURT OF COMMON PLEAS.

26. THE DEFENDANTS INDIVIDUALLY AND COLLECTIVELY KNEW OR SHOULD HAVE KNOWN AT THE TIME OF PLAINTIFF ANDY OXENRIDERS ARREST, AND AT ALL TIMES SINCE THEN, OF THE EXISTANCE OF EVIDENCE PROVING PLAINTIFF ANDY OXENRIDERS INNOCENCE OF THE CRIME WITH WICH HE HAS BEEN CHARGED. TESTS DID NOT SHOW POSITIVE ANY ILLEGAL SUBSTANCE.

27. THE DEFENDANTS INDIVISUALLY AND COLLECTIVELY KNEW OR SHOULD HAVE KNOWN AT THE TIME OF PLAINTIFF OXENRIDERS ARREST AND AT ALL TIMES SINCE THEN THAT PHYSICAL EVIDENCE THEY HAD COLLECTED PER-SE (NIC TEST) IN CONNECTION WITH THE CHARGES BROUGH AGAINST THE PLAINTIFF WAS INCONSISTANT WITH HIS GUILT

28. THE DEFENDANTS CONSPIRED TOGETHER TO VIOLATE THE DUE PROCESS AND OTHER CIVIL RIGHTS OF THE PLAINTIFF AND TO CHARGE HIM WITH A CRIME WHICH HE DID NOT COMMIT AND WHICH THE DEFENDANTS SHOULD HAVE RECOGNIZED HE DID NOT COMMIT.

29. THE DEFENDANTS TROOPER BRADLEY TYMCHYSHYN WRONGFULLY UNLAWFULLY AND WITHOUT ANY WARRENT OR AUTHORITY OF LAW SEARCHED, SEIZED, ARRESTED, FALSLY DETAINED AND IMPRISONED HIM AGAINST HIS WILL.

30. THE CHARGE THAT PLAINTIFF ANDY OXENRIDER POSSESSED DRUGS OR AN ILLEGAL SUBSTANCE WAS WHOLELY UNTRUE AND FALSE.

31. THE DEFENDANTS COULD HAVE ASCERTAINED THE FALSITY OF THE CHARGE HAD THE DEFENDANTS EXERCISED REASONABLE DILIGENCE IN PERFORMING THEIR DUTIES AND NOT NEGLECTED TO MAKE REASONABLE AND NECESSARY FACTUAL INVESTIGATION OF THE AFORMENTIONED CHARGE.

32. AFTER THE AFORMENTIONED ARREST OF THE PLAINTIFF ANDY OXENRIDER DEFENDANT TROOPER BRADLEY TYMCHYSHYN ON OR ABOUT OCTOBER 10, 2019 MALICIOUSLY AND WITHOUT PROBABLE CAUSE THEREFOR, WENT BEFORE A SERGEANT JOHN DOE, OF THE TROOP L SCHUYLKILL HAVEN STATE POLICE DEPARTMENT AND DISTRICT MAGISTATE 21-3-04 DAVID J. ROSSI, A PERSON DULY AUTHORIZED TO ADMINISTER OATHS, AND CHARGED PLAINTIFF PLAINTIFF OXENRIDER WITH POSSESSION OF A CONTROLLED SUBSTANCE

WHILE DEFENDANTS SHELBY G HOSTETTER ASSISTANT
DISTRICT ATTORNEY AND MICHAEL A. O'PAKE DISTRICT
ATTORNEY OF THE SCHUYLKILL COUNTY DISTRICT ATTORNEYS
OFFICE AND PENNSYLVANIA STATE POLICE PERSONEL,
DEFENDANT COUNTY AND STATE, THEREUPON PROCEEDED TO
CAUSE, ALLOW AND PERMIT THE HEREIN BEFORE DESCRIBED
PROCESS TO BE ISSUED AND THEREAFTER FILED AGAINST
PLAINTIFF ANDY OXENRIDER AT THE COMMON PLEAS COURT
IN THE COUNTY OF SCHUYLKILL CAUSING RESTRICTIONS ON
PLAINTIFF OXENRIDERS LIBERTY,

33. THE AFORSAID CHARGES WHERE TERMINATED IN FAVORE OF
PLAINTIFF ANDY OXENRIDER BY ORDER OF DISMISSAL BY
JUDGE JAQULIN RUSSEL OF THE SCHUYLKILL COUNTY COMMON
PLEAS COURT DATED MARCH 2, 2023.

34. AS A RESULT OF THE MISCONDUCT HEREINBEFORE DESCRIBED
PLAINTIFF OXENRIDER WAS SUBJECTED TO AND EXPERIENCED
HUMILIATION, EMOTIONAL DISTRESS, PAIN AND SUFFERING AND
INURED EXPENSES WHICH WERE LODGED AGAINST HIM

35 THE ABUSE TO WHICH PLAINTIFF OXENRIDER WAS SUBJECTED,
WAS CONSISTANT WITH AN INSTITUTIONALIZED SCHUYLKILL HAVEN
PENNSYLVANIA STATE POLICE DEPARTMENT WHICH WAS KNOWN TO

AND RATIFIED BY DEFENDANT'S STATE AND COUNTY. THE DEFENDANTS HAVING AT NO TIME TAKEN EFFECTIVE ACTION TO PREVENT STATE POLICE PERSONEL AND COUNTY PROSECUTORS FROM CONTINUING TO ENGAGE IN SUCH MISCONDUCT.

36. DEFENDANTS STATE AND COUNTY HAD PRIOR NOTICE OF THE VICIOUS PROPENSITIES OF THE DEFENDANTS, BUT TOOK NO STEPS TO TRAIN THEM, CORRECT THERE ABUSE OF AUTHORITY OR TO DISCOURAGE THEIR UNLAWFULL USE OF AUTHORITY. THE FAILURE TO PROPERLY TRAIN THE DEFENDANTS INCLUDED THE FAILURE TO INSTRUCT THEM IN THE APLICABLE PROVISIONS OF THE PENNSYLVANIA STATE PENAL LAWS.

37. DEFENDANTS COUNTY AND STATE AUTHORIZED, TOLERATES AS INSTITUTIONALIZED PRACTICES AND RATIFIED THE MISCONDUCT HEREINBEFORE DETAILED BY:

(A) FAILING TO PROPERLY DISCIPLINE, RESTRICT AND CONTROLE EMPLOYEES, INCLUDING DEFENDANTS KNOWN TO BE IRRESPONSABLE IN THERE DEALINGS WITH CITIZENS OF THE COMMUNITY.

(B) FAILING TO ESTABLISH AND/OR ASSURE THE FUNCTIONING OF A BONAFIDE AND MEANINGFULL DEPARTMENTAL SYSTEM FOR DEALING WITH BUREAUCRATIC POWER AND OFFICIAL DENIALS

EXHIBIT (D) Pg. 12 of 19

CALCULATED TO MISLEAD THE PUBLIC. THIS CONDUCT
ALSO CONSTITUTES GROSS NEGLIGENCE UNDER STATE LAW

(C) FAILING TO FORWARD TO THE OFFICE OF THE DISTRICT ATTORNEY
OF SCHUYLKIN COUNTY EVIDENCE OF CRIMINAL ACTS COMMITTED
BY POLICE PERSONEL.

41. AS A CONSEQUENCE OF THE ABUSE OF AUTHORITY DETAILED ABOVE,
PLAINTIFF ANDY OXENRIDER SUSTAINED THE DAMAGES HEREINBEFORE
ALLEGED.

## CAUSES OF ACTION

38. EACH OF THE DEFENDANTS SEPARATELY AND IN CONSERT ACTED
OUTSIDE THE SCOPE OF THEIR JURISDICTION AND AUTHORITY AND
WITHOUT AUTHORIZATION OF LAW AND EACH OF THE DEFENDANTS
SEPARATELY AND IN CONCERT ACTED WILFULLY, KNOWINGLY AND
PURPOSFULLY WITH THE SPECIFICT INTENT TO DEPRIVE PLAINTIFF
OXENRIDER OF HIS RIGHT TO FREEDOM FROM ILLEGAL SEIZURE
OF HIS PERSON, FREEDOM FROM UNLAWFUL ARREST
WITHOUT EVIDENCE IN SUPPORT THEREOF, AND FREEDOM FROM
ILLEGAL DETENTION AND IMPRISONMENT... ALL OF THESE RIGHTS
ARE SECURED TO PLAINTIFF OXENRIDER, BY THE PROVISIONS OF
THE DUE PROCESS CLAUSE OF THE FIFTH AND FOURTEENTH AMENDMENTS
TO THE CONSTITUTION OF THE UNITED STATES AND BY 42 U.S.C. 1983.

EXHIBIT (A) Pg. 13 of 19

39. THE ACTS OF THE DEFENDANTS HEREIN WERE DONE WITH THE PURPOSE AND INTENT OF DEPRIVING PLAINTIFF OXENRIDER OF HIS RIGHT TO BE FREE FROM UNREASONABLE SEIZURE SECURED TO HIM UNDER THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND OF HIS RIGHT NOT TO BE DEPRIVED OF LIBERTY WITHOUT DUE PROCESS OF LAW IN VIOLATION OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

40. SOLELY DUE TO THE ACTIONS OF THE DEFENDANT'S HEREIN THE PLAINTIF WAS UNLAWFULLY SEIZED AND UNLAWFULLY IMPRISONED AND DETAINED, AH WITHOUT A WARRENT WITHOUT PROBABLE CAUSE AND WITHOUT CAUSE WHATSOEVER.

41. AS A DIRECT AND PROXIMATE RESULT OF THE AFORSAID ACTS PLAINTIFF ANDY OXENRIDER SUFFERED GREAT MENTAL ANGUISH, FROM THEN UNTIL NOW AND HE WILL CONTINUE TO SUFFER IN THE FUTURE; AND HAS LOST AND WILL LOSE GREAT SUMS OF MONEY BY REASON OF HIS INCARCERATION AND HAVING BEEN GREATLY HUMILIATED AND HELD TO PUBLIC SCORN AND DIRISION AS A RESULT OF THE FOREGOING ACTS OF THE DEFENDANTS.

EXHIBIT (A) Pg. 14 of 19

41. PLAINTIFF WILL BE FORCED TO INCUR SUBSTANTIAL OBLIGATIONS
FOR ATTORNEYS FEES, INVESTIGATION EXPENSES, AND OTHER EXPENSES
IN THIS CIVIL SUIT BECAUSE OF THE UNFOUNDED AND UNWARRENTED
PROSECUTION BY THE DEFENDANTS, AGAINST PLAINTIFF OXENRIDER
WHICH WILL BE A SERIOUS FINANCIAL BURDEN ON HIM

## FEDERAL CAUSES OF ACTION

42. THE HEREINABOVE DESCRIBED ACTIONS AND OMISSIONS ENGAGED
IN UNDER THE COLOR OF STATE AUTHORITY BY THE DEFENDANT'S
AND INCLUDING DEFENDANT COUNTY AND STATE, SUED AS A
PERSON, RESPONSIBLE BECAUSE OF ITS AUTHORIZATION, CONDONATION
AND RATIFICATION THEREOF FOR THE ACTS OF ITS AGENTS,
DEPRIVED THE PLAINTIFF OF RIGHTS SECURED TO HIM BY THE
CONSTITUTION OF THE UNITED STATES, INCLUDING, BUT NOT
LIMITED TO, HIS FIRST AMENDMENT RIGHT TO FREEDOM OF
EXPRESSION, HIS FOURTH AMENDMENT RIGHT TO BE FREE FROM
UNLAWFULL SEIZURE OF HIS PERSON, HIS FIFTH AND FOURTEENTH
AMENDMENT RIGHTS TO DUE PROCESS OF LAW, INCLUDING HIS
RIGHT TO BE FREE FROM UNJUSTIFIED CRIMINAL PROSECUTION
BY POLICE AND PROSECUTERS, AND LACK OF PROBABLE CAUSE TO ARREST
AND HIS EIGHTH AMENDMENT RIGHT TO BE FREE FROM CRUEL
AND UNUSUAL PUNISHMENT.

EXHIBIT (A)   Pg. 15 of 19

## PENDANT CAUSES OF ACTION

44. THE ACTS AND CONDUCT HEREINBEFORE ALLEGED CONSTITUTE SLANDER AND DEFAMATION OF PLAINTIFFS CHARACTER, INVASION OF PRIVACY, FALSE ARREST AND IMPRISONMENT, MALICIOUS PROSECUTION ABUSE OF PROCESS, PRIMA FACIA TORT, CONSPIRACY TORT, NEGLIGENCE AND GROSS NEGLIGENCE UNDER THE LAWS OF THE STATE OF PENNSYLVANIA, THIS COURT HAS PENDANT JURISDICTION TO HEAR AND ADJUDICATE THESE CLAIMS,

45. AS A RESULT OF THE FALSE ARREST AND IMPRISONMENT, MALICIOUS PROSECUTION, ABUSE OF PROCESS, INVASION OF PRIVACY, PRIMA FACIA TORT, CONSPIRACY TORT, NEGLIGENCE AND GROSS NEGLIGENCE, PLAINTIFF BEING A CITIZEN OF THE UNITED STATES, WAS SUBJECT TO DEPRIVATIONS OF HIS RIGHTS, PRIVILEGES AND IMMUNITIES SECURED BY THE CONSTITUTION OF THE UNITED STATES AND THE LAWS OF THE UNITED STATES, SUSTAINED DEPRIVATIONS OF HIS PERSONAL LIBERTY, INVASIONS OF HIS PRIVACY AND VIOLATIONS OF HIS CIVIL RIGHTS, HAS SUFFERED FROM PSYCHOLOGICAL HARM, MENTAL DISTRESS, HUMILIATION, EMBARRASSMENT AND DEFIMATION OF HIS CARACTER AND REPUTATION, UNDERWENT EXTREEM SHOCK AND NEROUSNESS, UNDERWENT PSYCHOLOGICAL TREATMENT AND PSYCHIATRIC CARE, AND WAS PREVENTED FROM ATTENDING TO HIS USUAL DUTIES...

EXHIBIT (A)   Pg. 16 of 19

THE DEFENDANTS HAVE UNREASONABLY FAILED, NEGLECTED AND REFUSED TO SETTLE, COMPROMISE OR ADJUST THE CAUSES OF PLAINTIFF ANDY OXENRIDER HEREIN, AND AS A RESULT OF THE FOREGOING, PLAINTIFF HAS FURTHER BEEN DAMAGED AND DEMANDS REASONABLE ATTORNEY'S FEES PURSUANT TO 42 U.S.C. 1983 AND 1988.

## RELIEF REQUESTED

WHEREFORE, PLAINTIFF PRAYS THAT THIS COURT:

1. AWARD TO PLAINTIFF OXENRIDER COMPENSATORY DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL, BUT NOT LESS THAN THE AMOUNT OF $150,000.00, JOINTLY AND SEVERALLY AGAINST DEFENDANTS FOR THE MATTERS ALLEGED IN THIS COMPLAINT;

2. AWARD TO PLAINTIFF NOMINAL AND PUNITIVE DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL AGAINST ALL DEFENDANTS EXCEPT DEFENDANT MUNICIPALITY.

3. AWARD TO PLAINTIFF REASONABLE COASTS AND ATTORNEYS FEES,

EXHIBIT (A) Pg. 17 of 19

4. GRANT SUCH OTHER AND FURTHER RELIEF AS THIS COURT
DEEM JUST AND PROPER

<u>DEMAND FOR TRIAL BY JURY</u>

PURSUANT TO RULE 38 (B) OF THE FEDERAL RULES OF CIVIL
PROCEDURE, PLAINTIFF HEREBY DEMANDS TRIAL BY JURY IN
THIS ACTION FOR All ISSUES SO TRIABLE.

RESPECTFULLY SUBMITTED,

ANDY S. OXENRIDER
QP3860                          PRO-SE PLAINTIFF
SCI HOUTZDALE
209 INSTITUTION DRIVE
P.O. BOX 1000
DATE: MAY 30 2023    HOUTZDALE  PA. 16698

EXHIBIT (A) Pg. 18 of 19

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY
THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXEPT AS
TO MATTERS ALLEGED ON INFORMATION AND BELIEF; AND AS TO
THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY
UNDER PURSURY THAT THE FOREGOING IS TRUE
AND CORRECT.

DATE: MAY 30, 2023          ANDY J. OXENRIDER
                                    PRO-SE PLAINTIFF

EXHIBIT (A) Pg. 19 of 19

U. S. DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. Box 1148
235 N. WASHINGTON AVE.
SCRANTON, PA. 18501-1148          DATE: 5/30/23

          RE: 1983 CIVIL COMPLAINT
              INFORMA PAUPERIS
              MOTION FOR APPOINTMENT OF COUNSEL
              MARCHALS FORMS, NOTICE OF LAWSUIT, WAIVER OF ~~~~
              SERVICE OF SUMMONS, ECT.

TO THE CLERK OF COURT:
          PLEASE FIND WITHIN THE ABOVE MENTIONED,
6 COPIES, ONE ORIGINAL AND 3 COPIES FOR FILING
2 COPIES FOR DEFENDANTS. PLEASE MAKE FILE OF
RECORD, WOULD YOU PLEASE ~~MAKE~~ SEND ONE
TIMESTAMPED DATED COPY BACK TO ME FOR MY
RECORDS, AllONG WITH THE CASE NUMBER...

          I THANK YOU KINDLY FOR YOUR, TIME, HELP
AND KINDEST CONSIDERATION IN THESE MATTERS

I look forward to hearing back from you
At your earliest convenience I remain:

VERY RESPECTFULLY,

ANDY OXENRIDER
QP 3860
SCI HOUTZDALE
P.O. BOX 1000
209 INSTITUTION DRIVE
HOUTZDALE PA. 16698 - 1000



PRIORITY MAIL

neopost
08/05/2023
US POSTAGE $010.55⁰
ZIP 16698
041L12204394

INMATE MAIL
PA DEPT
OF CORRECTIONS

RECEIVED
SCRANTON
JUN 08 2023
PER _____ DEPUTY CLERK

U.S DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
235 N. WASHINGTON AVE
SCRANTON PA. 18501-1148

PRIORITY
★ MAIL ★
TRACKED
INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R, May 2014

USMS X-RAY

ANDY OXENRIDER
QP38 GO
SCI HOUTZDALE
209 INSTITUTION DRIVE
P.O. BOX 1000
HOUTZDALE PA. 16698-1000

PRIVILEGED
LEGAL MAIL

UNITED STATES POSTAL SERVICE
pitney bowes
USPS TRACKING #
9488 8090 0027 6076 8276 12
Label 888-PB, O4. 2015