IN THE UNITED STATES COURT MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

ANDY J. OXENRIDER
PLAINTIFF

ACTION NO:
1:CV-23-0942

VS.

PENNSYLVANIA STATE POLICE
TROOP L. SCHUYLKILL HAVEN ET. AL

DEMAND FOR TRIAL

FILED
SCRANTON
JUN 08 2023
PER _____
DEPUTY CLERK

MOTION
FOR APPOINTMENT OF COUNSEL

PLAINTIFF, ANDY OXENRIDER PURSUANT TO 1915, REQUESTS THIS COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THIS CASE FOR THE FOLLOWING REASONS:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL AND IS PROCEEDING INFORMA PAUPERUS.

2. THE ISSUES INVOLVED ARE COMPLEX AND PLAINTIFF IS MOST LIKELY TO PREVAIL, AND CONTAINS SEVERAL LEGAL CLAIMS.

3. THE PLAINTIFF HAS ONLY A HIGH SCHOOL EDUCATION NO LEGAL EDUCATION, LIMITED ACCESS TO LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW.

4. THE PLAINTIFF HAS DEMANDED A JURY TRIAL, THE FACTS, ALONG WITH THE LEGAL MERIT OF PLAINTIFFS CLAIMS, SUPPORT THE APPOINTMENT OF COUNSEL TO REPRESENT THE PLAINTIFF.

5. THE PLAINTIFF HAS WROTE LETTERS TO DIFFERENT ATTORNEYS ASKING THEM TO HANDLE HIS CASE BUT HAS NOT HEARD FROM ANY OF THEM.

WHEREFORE, PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL SHOULD BE GRANTED, PLAINTIFF REQUESTS THAT THE COURT APPOINT COUNSEL APPROPRIATELY CHOSEN FROM THE COURTS OWN SOURCE.

PURSUANT TO 28 U.S.C. 1746, I DECLARE UNDER PURJURY THAT THE FOREGOING IS TRUE AND CORRECT, SIGNED THIS DAY OF: MAY 30, 2023

RESPECTFULLY SUBMITTED

ANDY J. OXENRIDER QP3860
SCI HOUTZDALE
P.O. BOX 1000
209 INSTITUTION DRIVE
HOUTZDALE PA. 16698

DATE: MAY 30, 2023